

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>JOAN DIAZ GONZALEZ,<br>　aka "Juan Vicente<br>　　　Diaz-Romero,"<br>　　"Juan Vicente Diaz<br>　　　Romero,"<br>　　"Juan Vicente Diaz,"<br>　　"Juan Vicente Romero,"<br>　　"Juan Juriel Diaz-<br>　　　Gonzalez," and<br>　　"Joan Diaz-Gonzalez,"<br><br>　　　　Defendant. | CR No. 20CR00116-PA<br><br><u>I N D I C T M E N T</u><br><br>[8 U.S.C. §§ 1326(a), (b)(2):<br>Illegal Alien Found in the United<br>States Following Deportation] |

The Grand Jury charges:

[8 U.S.C. §§ 1326(a), (b)(2)]

On or about February 3, 2020, defendant JOAN DIAZ GONZALEZ, also known as "Juan Vicente Diaz-Romero," "Juan Vicente Diaz Romero," "Juan Vicente Diaz," "Juan Vicente Romero," "Juan Juriel Diaz-Gonzalez," and "Joan Diaz-Gonzalez," an alien, who had been officially deported and removed from the United States on or about

November 3, 2014, November 21, 2014, and October 7, 2016, was found in Santa Barbara County, within the Central District of California, after knowingly and voluntarily re-entering and remaining in the United States without having obtained permission from the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States following deportation and removal.

At least one of defendant DIAZ GONZALEZ's previously alleged deportations and removals from the United States occurred subsequent to defendant DIAZ GONZALEZ's conviction for the following aggravated felonies:

(1) Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), on or about June 6, 2013, in the Superior Court of the State of California, County of Los Angeles, Case Number BA403247-01, a crime of violence for which a sentence of at least one year was imposed;

(2) Removed Alien Found in the United States, in violation of Title 8, United States Code, Section 1326, on or about August 31, 2015, in the United States District Court, Southern District of California, Case Number 15-CR-0284-BAS, a crime of illegal entry or reentry after previously having been removed or deported on the basis of a conviction for a separate aggravated felony; and

//
//
//
//
//
//
//

(3) Sexual Exploitation of a Child, Possess Video/20+ Items, in violation of Colorado Revised Statute 18-6-403(3)(b.5),(5), on or about November 25, 2015, in the District Court of the State of Colorado, County of Eagle, Case Number 15CR132, an offense described in 18 U.S.C. §§ 2251, 2251A or 2252.

A TRUE BILL

/S/
_____
Foreperson

NICOLA T. HANNA
United States Attorney

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

*/s/ Allison L. Westfahl Kong*

ALLISON L. WESTFAHL KONG
Assistant United States Attorney
Chief, General Crimes Section

SHAWN J. NELSON
Assistant United States Attorney
Acting Deputy Chief,
General Crimes Section

MATTHEW C. CHAN
Special Assistant United States
Attorney, General Crimes Section